UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:     GENTLE TOUCH SERVICES, INC.     CASE NO.: 15-30293
          (EIN: 72-1425977)     CHAPTER: 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL, FOR AUTHORITY TO GRANT REPLACEMENT LIEN AND/OR ADEQUATE PROTECTION, AND FOR EMERGENCY HEARING

**NOW INTO COURT,** through the undersigned counsel comes the debtor in possession, who respectfully represents as follows:

1.

Your Movant is a duly qualified and acting debtor in possession in this Chapter 11 Bankruptcy Case; respondent to this motion is the United States of America.

2.

The debtor has certain taxes owed to the United States Treasury which is secured by a tax lien and certain levies filed on behalf of the United States by the Internal Revenue Service, which covers the debtors' accounts receivable.

3.

The debtor's accounts receivables contain various amounts due from the State of Louisiana through its Medicaid program for services rendered to clients.

4.

The debtor in possession is in need of the use of the proceeds of its accounts receivables as well as the funds that were still in its bank accounts, being the cash collateral of the United States; without the use of same, the debtor in possession will be unable to continue business operations and will be forced to liquidate its business.

5.

The debtor in possession would offer post-petition replacement lien to the United States to the same extent that the prior filed liens attached to the debtors' movable property.

6.

The debtor in possession would also propose to pay the United States, as adequate protection, in amounts sufficient to satisfy the amounts that would be due under a plan of reorganization to the United States pursuant to 11 U.S.C. § 1129(a)(9).

**WHEREFORE**, the debtor in possession requests that this Court enter an order pursuant to 11 U.S.C. § 363 authorizing the debtor to use cash collateral for the claims of the United States, for its general ongoing business operations as described in this motion, that this Court grant the debtor in possession interim authority to use cash collateral for the claims of the United States after an interim hearing on this motion, that this Court will set emergency and final hearings on the debtors' use of cash collateral, and for such other and further relief as may be proper and just in the premises.

Alexandria, Louisiana, this 11th day of March, 2015.

Respectfully submitted:

**GOLD WEEMS BRUSER SUES & RUNDELL**
**(A Professional Law Corporation)**

**BY:** **/s/Bradley L. Drell**
Bradley L. Drell (LA Bar Roll #24387)
Justin T. Mannino (LA Bar Roll #35221)
P. O. Box 6118
Alexandria, LA   71307-6118
PH: (318) 445-6471; FAX:  (318) 445-6476
E-mail: bdrell@goldweems.com
jmannino@goldweems.com
**ATTORNEYS FOR THE DEBTOR IN POSSESSION**